**UNITED STATES DISTRICT COURT**

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

| | | |
|---|---|---|
| **KEVIN F. ROWE**<br>CLERK | TEL. NO. 579-5861<br>(AREA CODE 203) | **VICTORIA C. MINOR**<br>CHIEF DEPUTY CLERK<br><br>**CHRYSTINE CODY**<br>DEPUTY-IN-CHARGE<br>BRIDGEPORT |

December 8, 2004

Charles W. Pieterse
Whitman, Breed, Abbot & Morgan
100 Field Point rd., P.O. Box 2250
Greenwich, CT 06836

      Re: Case Name: Ohaus Management Group v Worthington Pre
           Number: 3:00cv1257 (SRU)

Dear Attorney:

As the above matter has been disposed of in this court:

Enclosed is/are the following exhibit(s):

      Defendant's Exhibits 1-9

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

                        Sincerely,

                        Kevin F. Rowe, Clerk

                        BY    /s/ Alice Montz
                                Alice Montz
                                Deputy Clerk

ACKNOWLEDGMENT: _____   DATE: _____