UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

KEVIN F. ROWE
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

December 8, 2004

Charles W. Pieterse
Whitman, Breed, Abbot & Morgan
100 Field Point rd., P.O. Box 2250
Greenwich, CT 06836

   Re: Case Name: Ohaus Management Group v Worthington Pre
     Number: 3:00cv1257 (SRU)

Dear Attorney:

As the above matter has been disposed of in this court:

Enclosed is/are the following exhibit(s):

  Defendant's Exhibits 1-9

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

       Sincerely,

       Kevin F. Rowe, Clerk

     BY _____
       Alice Montz
       Deputy Clerk

ACKNOWLEDGMENT: _____ DATE: 12-13-04