**UNITED STATES DISTRICT COURT**

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

**KEVIN F. ROWE**
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**CHRYSTINE CODY**
DEPUTY-IN-CHARGE
BRIDGEPORT

December 28, 2004

Charles W. Pieterse
Whitman, Breed, Abbott & Morgan
100 Field Point Road, P.O. Box 2250
Greenwich, CT 06836

    Re: Case Name: Ohaus Mgmt Group v Worthington
        Number: 3:00cv1257 (SRU)

Dear Attorney:

As the above matter has been disposed of in this court:

The plaintiff's/defendants exhibits are too bulky to send through the mail.

Please call the undersigned, between the hours of 9:00 A.M. and 4:00 P.M. to arrange for these exhibits to be picked up.

    Defendant's Exhibits AAAA-YYYY

If they are not picked up by January 13, 2005, they will be destroyed pursuant to Local Rule 83.6(e).

Thank you for your cooperation.

    Sincerely,

    Kevin F. Rowe, Clerk

    BY   /s/ Alice Montz
        Alice Montz
        Deputy Clerk
        203 579-5952

ACKNOWLEDGMENT:_____  DATE:_____