**UNITED STATES DISTRICT COURT**

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

| | | |
|---|---|---|
| **KEVIN F. ROWE**<br>CLERK | TEL. NO. 579-5861<br>(AREA CODE 203) | **VICTORIA C. MINOR**<br>CHIEF DEPUTY CLERK<br><br>**CHRYSTINE CODY**<br>DEPUTY-IN-CHARGE<br>BRIDGEPORT |

December 28, 2004

Brian P. Daniels
Brenner, Saltzman & Wallman
271 Whitney Avenue, P.O. Box 1746
New Haven, CT 06511-1746

       Re: Case Name: Ohaus Mgmt Group v Worthington
            Number: 3:00cv1257 (SRU)

Dear Attorney:

As the above matter has been disposed of in this court:

The plaintiff's/defendants exhibits are too bulky to send through the mail.

Please call the undersigned, between the hours of 9:00 A.M. and 4:00 P.M. to arrange for these exhibits to be picked up.

       Plaintiff's Exhibits A-C,D1-D2,E,F1-F3,G,H1-H6,I-K,L1-L3,M1-M2,N1-N5,O,P1-P3,Q1-Q2,R,S1-S7,T1-T6,U1-U8,V,W1-W3,X1-X20,Y1-Y4,Z1-Z9,AA1-AA3,BB1-BB4,CC-SEALED

If they are not picked up by January 13, 2005, they will be destroyed pursuant to Local Rule 83.6(e).

Thank you for your cooperation.

                                Sincerely,

                                Kevin F. Rowe, Clerk

                          BY   /s/ Alice Montz
                                Alice Montz
                                Deputy Clerk
                                203 579-5952

ACKNOWLEDGMENT: _____     DATE: _____